AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Block, Frederic | U.S. District Court | 04/26/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 225 Cadman Plaza E. <br> Eastern District Court of NY <br> Brooklyn, NY 11201 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer | Frederic Block, P.C. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2005 MAY 15 A 10 29 FINANCIAL DISCLOSURE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | NEW YORK STATE TEACHERS' RETIREMENT |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Block, Frederic | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALLIED CAPITAL CORP. | B | Dividend | K | T | | | | | |
| 2. AMERICA MOVIL SER L ADR (1) | A | Dividend | K | T | | | | | |
| 3. CITIGROUP INC. (1) | A | Interest | J | T | | | | | |
| 4. DNP SELECT INCOME FD INC. | B | Dividend | K | T | | | | | |
| 5. DOW CHEMICAL | A | Dividend | | | SELL | 5/23 | K | D | |
| 6. DOW CHEMICAL(1) | A | Dividend | K | T | | | | | |
| 7. GEORGIA PACIFIC CORP.(1) | A | Dividend | | | SELL | 11/14 | J | C | |
| 8. INTERNET HOLDERS DEP RCPT(1) | | | J | T | | | | | |
| 9. ITT INDS INC INDIANA(1) | A | Dividend | | | SELL | 10/26 | K | D | |
| 10. LYONDELL CHEMICAL PV(1) | A | Dividend | J | T | | | | | |
| 11. NORTHFORK BANCORP(1) | A | Dividend | J | T | | | | | |
| 12. PRUDENTIAL FINANCIAL INC | A | Dividend | | | SELL | 5/13 | K | E | |
| 13. GENERAL ELECTRIC(1) | A | Dividend | K | T | | | | | |
| 14. CHEVRON/TEXACO CORP.(1) | A | Dividend | J | T | | | | | |
| 15. HOME DEPOT | A | Dividend | | | SELL | 5/23 | J | C | |
| 16. ALLIED CAPITAL CORP.(1) | B | Dividend | K | T | | | | | |
| 17. DNP SELECT INCOME FUND INC.(1) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. WAL-MART STORES | A | Dividend | | | SELL | 5/23 | J | B | |
| 19. PROCTOR & GAMBLE | A | Dividend | | | SELL | 5/23 | K | D | |
| 20. EXXON MOBIL CORP. | A | Dividend | | | SELL | 5/23 | K | D | |
| 21. MICROSOFT | A | Dividend | | | SELL | 5/23 | K | | |
| 22. NORTH FORK BANCORP | A | Dividend | J | T | | | | | |
| 23. WASHINGTON MUTUAL INC(1) | A | Dividend | | | SELL | 1/27 | J | | |
| 24. BLACKROCK INCM TR INC(1) | B | Dividend | K | T | | | | | |
| 25. BLACKROCK INCM TR INC | B | Dividend | K | T | | | | | |
| 26. BLACKROCK NY MN I TR SBI | C | Dividend | L | T | | | | | |
| 27. EATON VANCE TAX ADV. DIV. INC. FD. | B | Dividend | K | T | | | | | |
| 28. ACE LIMITED DEP SHR REP 1/10 CUM RED 7.8% SER C(1) | A | Interest | J | T | | | | | |
| 29. KIMCO REALTY CORP. DEP SHR REP 1/10 CUM RD 6.65% PFD SHR (1) | A | Interest | J | T | | | | | |
| 30. CITIGROUP CAP. VIII DEF INT TRUST PFD STK 6.950% 09/15/31 | B | Interest | K | T | | | | | |
| 31. GENERAL MOTORS ACEP CORP PUBLIC INC NOTES 7.35% 08/08/32 | B | Interest | J | T | P. SELL | 4/11 | J | | |
| 32. GENERAL ELECTRIC CAPTL SENIOR NOTES PFD 5.85% 2/18/33 | B | Interest | | | SELL | 3/17 | K | | |
| 33. GENERAL ELECTRIC CAPTL SENIOR NOTED PFD 5.875% 2/18/33(1) | B | Interest | K | T | | | | | |
| 34. VIRGINIA POWER CAP TR II GRD TR PFD SECS 7.375% 07/30/42 | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CITIGP CAPITAL VIII DEF INT TRUST PFD STK 6.959% 09/15/31(1) | B | Interest | K | T | | | | | |
| 36. GENERAL MOTORS ACEP CORP PUBLIC INC NTS 7.35% 08/08/32(1) | B | Interest | | | SELL | 9/12 | K | D | |
| 37. VIRGINIA POWER CAP TR II GTD TR PFD SECS 7.375% 07/30/42(1) | B | Dividend | K | T | | | | | |
| 38. METRO TRANSIT 5.75 7/13 | A | Interest | J | T | | | | | |
| 39. NYC IND DEV 6.0 1/15 | B | Interest | K | T | | | | | |
| 40. NYC NY SER H 5.00 03/15/29(1) | A | Interest | J | T | | | | | |
| 41. NYS URBAN DEV 5.375 01/01/25(1) | B | Interest | K | T | | | | | |
| 42. HARTFORD DIRECTOR(1) | | None | N | T | | | | | |
| 43. PRU DISC SELECT | | None | | | SELL | 8/20 | O | F | |
| 44. ABN AMRO CAP FD TR VII PFD NON CUM 6.08% PERP | A | Dividend | K | T | BUY | 5/17 | K | | |
| 45. ROYAL BK SCOT GRP PLC 6.35% NONCUM PRF SR-N | A | Dividend | K | T | BUY | 5/12 | K | | |
| 46. WALT DISNEY SR PFD NOTES 7% 11/01/31 | A | Dividend | K | T | BUY | 5/25 | K | | |
| 47. CATERPILLAR INC DEL | A | Dividend | K | T | BUY | 7/21 | K | | |
| 48. MUNIYIELD NY INS FD INC | A | Dividend | K | T | BUY | 5/25 | K | | |
| 49. NUVEEN NY QUAL INC MUNI | A | Dividend | J | T | BUY | 5/25 | J | | |
| 50. PIMCO NY MUN INC FD | A | Dividend | K | T | BUY | 5/25 | J | | |
| 51. MAYTAG CORP.PUBLIC INC NOTES 7.875% | A | Interest | J | S | BUY | 5/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MAYTAG CORP. PUBLIC INC NOTES 7.875% | A | Interest | | | SELL | 7/21 | J | | |
| 53. APPLE COMPUTER INC(1) | | None | K | T | BUY | 4/08 | K | | |
| 54. MASCO CORP(1) | A | Dividend | J | T | BUY | 4/8 | J | | |
| 55. MORTGAGE IT HOLDINGS INC(1) | A | Dividend | J | T | BUY | 9/12 | K | | |
| 56. PIEDMONT NATRL GAS NC(1) | A | Dividend | K | T | BUY | 4/8 | K | | |
| 57. AXAENTERPRISE MERGERS % AQUIS. FD CL C (1) | | None | K | T | BUY | 4/8 | K | | |
| 58. ML GLOBAL ALLOC. C (1) | A | Dividend | K | T | BUY | 9/15 | K | | |
| 59. APPLE COMPUTER(1) | | None | K | T | BUY | 4/8 | J | | |
| 60. APPLE COMPUTER(1) | | None | | | SELL | 12/30 | K | D | |
| 61. US TREASURY NOTE 3.125% 10/15/08(2) | B | Interest | L | T | BUY | 8/24 | L | | |
| 62. NY TWY AT HWY-BRDG (2) | A | Interest | K | T | BUY | 9/8 | K | | |
| 63. ACTIVISION INC COM NEW(2) | | None | J | T | BUY | 10/05 | J | | |
| 64. AMGEN INC COM PV (2) | | None | K | T | BUY | 10/31 | K | | |
| 65. CAREMARK RX INC(2) | | None | J | T | BUY | 8/19 | J | | |
| 66. COMVERSE TECH.(2) | | None | J | T | BUY | 9/8 | J | | |
| 67. CONOCOPHILLIPS(2) | A | Dividend | K | T | BUY | 10/31 | K | | |
| 68. CSX CORP(2) | A | Dividend | K | T | BUY | 10/31 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GLAXOSMITHKLINE PLC ADR(2) | A | Dividend | J | T | BUY | 8/24 | J | | |
| 70. INCO LTD(2) | A | Dividend | J | T | BUY | 10/31 | J | | |
| 71. ISHARES DJ US CONSUMER GOODS SEC IND FD(2) | A | Dividend | K | T | BUY | 8/17 | K | | |
| 72. ISHARES DJ US ENERGY SEC IND FD(2) | A | Dividend | K | T | BUY | 8/17 | K | | |
| 73. ISHARES DJ US REAL ESTATE IND FD(2) | A | Dividend | K | T | BUY | 8/17 | K | | |
| 74. ISHARES MSCI JAPAN IND FD(2) | A | Dividend | J | T | BUY | 11/04 | J | | |
| 75. ISHARES S&P SMALLCAP IND. FD (2) | A | Dividend | K | T | BUY | 8/17 | K | | |
| 76. JM SMUCKER CO(2) | A | Dividend | J | T | BUY | 8/26 | J | | |
| 77. JUNIPER NETWORKS INC(2) | | None | J | T | BUY | 11/02 | J | | |
| 78. LYONDELL CHEMICAL PV(2) | A | Dividend | J | T | BUY | 8/24 | J | | |
| 79. MORTGAGEIT HOLDINGS INC(2) | A | Dividend | J | T | BUY | 8/24 | J | | |
| 80. PROCTOR & GAMBLE CO(2) | A | Dividend | J | T | BUY | 8/23 | J | | |
| 81. RAYTHEON CO DELAWARE NEW(2) | A | Dividend | J | T | BUY | 8/24 | J | | |
| 82. RYDEX ETF TR INDEX FD(2) | A | Dividend | K | T | BUY | 8/17 | K | | |
| 83. S&P500 EQUAL WEIGHTED(2) | A | Dividend | K | T | BUY | 10/31 | K | | |
| 84. SCHLUMBERGERLTD(2) | A | Dividend | K | T | BUY | 10/19 | K | | |
| 85. SIRIUS SATELLITE RADIO(2) | | None | J | S | BUY | 10/31 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TRANSOCEAN INC (2) | | None | J | T | BUY | 11/22 | J | | |
| 87. AXAENTERPRISE MERG & ACQUI. FD CL C (2) | | None | K | T | BUY | 8/19 | K | | |
| 88. FRANKLIN CONV. SEC. FD CL A (2) | A | Dividend | J | T | BUY | 8/19 | K | | |
| 89. HOTCHKIS & WILEY ALL CAPVAL FD CL C(2) | | None | K | T | BUY | 8/19 | K | | |
| 90. ML GLOBAL ALLOC. C (2) | A | Dividend | K | T | BUY | 8/19 | K | | |
| 91. OPPENHEIMER REAL ASSET FD CL A (2) | A | Dividend | J | T | BUY | 8/19 | K | | |
| 92. MERRILL LYNCH BANK USA(2) | A | Interest | L | T | NEW ACCOUNT | 8/17 | L | | |
| 93. MERRILL LYNCH BANK & TRUST(2) | A | Interest | L | T | NEW ACCOUNT | 8/17 | L | | |
| 94. MERRILL LYNCH BANK USA(1) | A | Interest | L | T | | | | | |
| 95. MERRILL LYNCH BANK & TRUST (1) | A | Interest | J | T | | | | | |
| 96. MERRILL LYNCH BANK USA | A | Interest | K | T | | | | | |
| 97. MERRILL LYNCH BANK & TRUST | | None | J | T | | | | | |
| 98. ALGER CAPITAL APPRECIATION CL B (4) | | None | J | T | | | | | |
| 99. SELIGMAN COMM & INF FD CL A (4) | | None | J | T | | | | | |
| 100. IRA - F. BLOCK | | | | | | | | | |
| 101. -ALLIED CAPITAL CORP. NEW | C | Dividend | K | T | | | | | |
| 102. -BELL SOUTH CORP. | A | Dividend | | | SELL | 5/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -CITIGROUP INC | A | Dividend | | | SELL | 5/4 | K | A | |
| 104. -DOW CHEMICAL | A | Dividend | | | SELL | 5/4 | J | C | |
| 105. -EASTMAN KODAK | A | Dividend | | | SELL | 5/4 | K | | |
| 106. -EATON VANCE TAX ADVT DIV INC FD | C | Distribution | | | SELL | 5/11 | K | | |
| 107. -DNP SELECT INCOME FD INC | C | Dividend | K | T | | | | | |
| 108. -ISHARES TRUST DOW JONES SELECT DIV INDEX FD | A | Dividend | | | SELL | 1/4 | K | B | |
| 109. -ISHARES IBB | | None | | | SELL | 1/4 | J | | |
| 110. -ISHARES IYC | | None | | | SELL | 5/4 | J | A | |
| 111. -ISHARES IYK | | None | | | SELL | 5/4 | J | A | |
| 112. -ISHARES IYE | | None | | | SELL | 5/4 | J | | |
| 113. -ISHARES IYH | | None | | | SELL | 5/4 | J | A | |
| 114. -LYONDELL CHEMICAL PV | A | Dividend | | | SELL | 5/4 | J | B | |
| 115. -NEWCASTLE INVESTMENT CRP REITS DIVERS. | B | Dividend | K | T | | | | | |
| 116. -NICHOLAS APPLEGATE CONV. AND INC. FD | | None | | | SELL | 5/11 | L | | |
| 117.-OIL SVC HLDRS DEP RCPT | A | Dividend | | | SELL | 5/4 | J | A | |
| 118. -RYDEX ETF TRUST INDEX FD | A | Dividend | | | SELL | 5/4 | K | | |
| 119. -WORTHINGTON INDUSTRIES OHIO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -ALABAMA POWER CO CUM PERP & CALL PFD 5.2% | B | Interest | | | SELL | 11/7 | K | | |
| 121. -GEORGIA PWR CAP TRUST V DEF INT TR PFD 7.125% 03/31/42 | B | Interest | K | T | | | | | |
| 122. -GENERAL ELECTRIC CAPTLSENIOR NOTES PFD STK 5.875% 2/18/33 | B | Interest | K | T | | | | | |
| 123. -MERRILL LYNCH & CO SRUS SER MLNP 4.15 10/4/11 | B | Interest | K | T | | | | | |
| 124. -MORGAN STANLEY - TR V DEF INT TR PFD 5.75% 7/15/33 | B | Interest | K | T | | | | | |
| 125. -HERTZ CORP. NOTES 7.4% 03/01/11 | C | Interest | K | T | | | | | |
| 126. -BEAR STEARNS CO PRD STK 5.490% | C | Dividend | | | SELL | 12/2 | K | C | |
| 127. -FREDDIE MAC PFD NON-CUM STOCK 5.00% | B | Dividend | | | SELL | 3/8 | K | | |
| 128. -AETNA INC SR NOTES 8.5% 08/31/41 | C | Interest | K | T | | | | | |
| 129. -VIACOM INC SR RETAIL DEB 7.25% 06/30/51 | B | Interest | K | T | | | | | |
| 130. -CITIGROUP CAP VIII DEF INT TR PFD STK 6.95% 09/15/31 | B | Interest | L | T | | | | | |
| 131. -WELLS FARGO TR VI TRUST PFD SEC 6.95% 04/15/32 | C | Interest | L | T | | | | | |
| 132. -VERIZON NEW - SR NOTES 7% 5/15/42 | C | Interest | K | T | | | | | |
| 133. -VIRGINIA POWER TR II GTD TR - SECS 7.375% 07/30/42 | C | Interest | K | T | | | | | |
| 134. -VORNADO REALTY TRUST SER F CUM PFD SHS 6.75% PERP | C | Interest | K | T | | | | | |
| 135. -BLACKROCK INCM TR INC | B | Interest | K | T | | | | | |
| 136. -EVERGREEN MANAGED | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| INCOME FUND | | | | | | | | | |
| 137. -FRANKLIN RISING DIV FD CL C | A | Dividend | | | SELL | 11/11 | K | D | |
| 138. -HANCOCK JOHN INC S T SBI | C | Dividend | K | T | | | | | |
| 139. -ML GLOBAL ALLOCATION C | A | Dividend | M | T | | | | | |
| 140. -MFS GOVT MKTS INC TR SBI | B | Dividend | K | T | | | | | |
| 141. -MFS INTER INCM TR SBI | B | Dividend | K | T | | | | | |
| 142. -MERRILL LYNCH BANK USA RASP | A | Interest | K | T | | | | | |
| 143. -US TREASURY NOTE 3.5% 02/15/10 | B | Interest | K | T | BUY | 5/11 | K | | |
| 144. -GENERAL MOTORS ACCP CORP SR NOTES 7.25% 02/07/33 | A | Dividend | K | T | BUY | 11/7 | K | | |
| 145. -PUBLIC STORAGE PFD STK SER D 6.180% PERP | A | Dividend | K | T | BUY | 5/19 | K | | |
| 146. -WALT DISNEY CO SR PFD NOTES 7% 11/01/31 | A | Dividend | K | T | BUY | 5/19 | K | | |
| 147. -COHEN STEERS REIT & UTILITIES INC FD | A | Dividend | K | T | BUY | 6/13 | K | | |
| 148. -DLP INC | A | Dividend | J | T | BUY | 6/6 | J | | |
| 149. -DUKE ENERGY CORP NC NPV | A | Dividend | J | T | BUY | 3/9 | J | | |
| 150. -ENHANCED EQUITY YIELD FD INC | A | Dividend | K | T | BUY | 5/3 | K | | |
| 151. -REITS-DIVERSIFIED | A | Dividend | J | T | BUY | 3/18 | J | | |
| 152. -SUNAMERICA FOCUSED ALPHA GR FD INC | A | Dividend | K | T | BUY | 7/26 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. -JENNISON 20/20 FOCUS FD CL C | | None | K | T | BUY | 11/11 | K | | |
| 154. -OPPENHEIMER REAL ASSET FD CL A | A | Dividend | K | T | BUY | 7/6 | K | | |
| 155. -LOOMIS SAYLES INV GRADE BOND FD CL C | B | Dividend | K | T | BUY | 5/6 | K | | |
| 156. -LOOMIS SAYLES STRATEGIC INC FD CL C | B | Dividend | K | T | BUY | 1/4 | K | | |
| 157. -PIMCO FLOATING INC FD CL C | B | Dividend | L | S | BUY | 5/6 | L | | |
| 158. BANK OF SMITHTOWN | | None | J | T | | | | | |
| 159. WASHINGTON MUTUAL | A | Interest | J | T | | | | | |
| 160. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Block, Frederic | 04/26/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Date _May 10, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544 .